UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:08CV-P192-S

**DAVID ST. JAMES**                                                                     **PLAINTIFF**

v.

**JOHN D. REES** *et al.*                                                    **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum and Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the motion to dismiss Defendant Sal Iweimrin by Agreed Order (DN 27) is **GRANTED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and that the claims against Defendant Sal Iweimrin are **DISMISSED**.

**IT IS FURTHER ORDERED** that the remaining claim against Defendant Steven White is **DISMISSED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

There being no just reason for delay in its entry, this is a final Order.

This Court further **certifies** that an appeal would be frivolous and, therefore, not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: October 6, 2009

                                                                            Charles R. Simpson III, Judge
                                                                            United States District Court

cc:      Plaintiff, *pro se*
           Counsel of Record
4411.005